IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02736-MEH

JOHN RAMIREZ,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on September 16, 2014, incorporated herein by reference, it is

      ORDERED that the Commissioner's final order is REVERSED AND REMANDED.  It is

      FURTHER ORDERED that the decision of the ALJ that Plaintiff John Ramirez was not disabled is REVERSED AND REMANDED for further review and explanation. It is

      FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, John Ramirez, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

      DATED at Denver, Colorado this   16th   day of September, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
Stacy Libid, Deputy Clerk

2