IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02736-MEH

JOHN RAMIREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## ORDER
---

**Michael E. Hegarty, United States Magistrate Judge**

The Stipulated Motion for Attorney Fees [filed October 17, 2014; docket #35] is **GRANTED** and the Plaintiff is AWARDED a total of $5,538.33 in attorney's fees and costs pursuant to 28 U.S.C. § 2412(d)(1)(A). The check shall be made payable to the Plaintiff and delivered to Plaintiff's counsel's office. *See* 28 U.S.C. § 2412(d)(1)(A); *see also Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

Dated at Denver, Colorado this 24th day of October, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge